IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS O'NEAL LEE (#101953)** **PLAINTIFF**

vs. **CIVIL ACTION NO.: 4:12cv114-MPM-DAS**

**WEXFORD HEALTH SOURCE, INC., et al.** **DEFENDANTS**

## JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated January 28, 2013, and the February 8, 2013, objections thereto, the Court finds that Plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated January 28, 2013, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the defendants, Wexford Health Source, Inc., Christopher Epps, E.L. Sparkman, Billy Smith, Earnest Lee, Vicky Knowels, Gloria Perry, Norma Evans, Lorenzo Cabe, Dr. Dennis Gregory, Dr. Kim, Dr. Juan Santos, Robert Tucker, John Doe, and James Doe, are **DISMISSED** from this cause.

3. That Plaintiff's claim against the remaining defendant, Timothy Morris, **PROCEED**.

**THIS** the 19th day of February, 2013.

/s/ Michael P. Mills
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**